USCA1 Opinion

 

 February 16, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 94-2115 EUGENE A. FREEMAN AND SANDRA FREEMAN, Plaintiffs, Appellants, v. LENARD SIMON, M.D. AND BETH ISRAEL HOSPITAL, Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. A. David Mazzone, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Cyr and Stahl, Circuit Judges. ______________ ____________________ Eugene Freeman on brief pro se. ______________ Charles J. Dunn, Jr., Ann L. Simoneau and Dunn and Rogers on _____________________ ________________ ________________ brief for appellees. ____________________ ____________________ Per Curiam. We affirm for the reasons stated in __________ the district court's November 30, 1993 memorandum and order. At best, plaintiffs' pleadings set forth state law tort causes of action over which a federal court lacks jurisdiction absent complete diversity of citizenship, and plaintiffs failed adequately to allege complete diversity. As for plaintiffs' purported 1983 claims, neither state licensing nor receipt of public funds would make defendants state actors liable to suit under 42 U.S.C. 1983. Blum v. ____ Yaretsky, 457 U.S. 991 (1982). Plaintiffs' claims of ________ conspiracy to deny equal protection were too conclusory to state a cause of action under 42 U.S.C. 1985(3). Affirmed.  ________